IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
FLORIDA COMMUNITY BANK,

    Plaintiff,

CASE NO. 2:12-cv-148-FtM-99DNF

vs.

STEPHEN L. PRICE, BEAUFORD
DAVIDSON, PATRICK LANGFORD, JON
R. OLLIFF, D.D.S., JAMES O'QUINN,
BERNARD RASMUSSEN, and DANIEL
ROSBOUGH,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than FOURTEEN (14) days after appearance of the party.

Respectfully submitted this 30th day of March, 2012.

1

By: /s/ Carla Barrow
Carlos L. de Zayas
Florida Bar No. 198617
Carla M. Barrow
Florida Bar No. 797227
LYDECKER | DIAZ
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
(305) 416-3180 Telephone
(305) 416-3190 Facsimile
Email: CMB@lydeckerdiaz.com
Email: CDZ@lydeckerdiaz.com
*Attorneys for Federal Deposit
Insurance Corporation, As Receiver
For Florida Community Bank*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the CM/ECF electronic filing system on this 30th day of March, 2012, to the individuals listed on the Service List.

/s/ Carla Barrow
CARLA M. BARROW

### Service List

Mary Gill, Esq.
Austin Hall, Esq.
Alston & Bird, LLP
1201 W. Peachtree Street, N.W.
Atlanta, GA 30309
Tel: (404) 881-7276
Fax: (404) 253-8192
Email: Mary.Gill@alston.com
Email: Austin.Hall@alston.com
*Attorneys for Defendants*