UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Florida Community Bank

    Plaintiff,

v.                                              Case No:  2:12-cv-148-Ftm-38DNF

STEPHEN L. PRICE, BEAUFORD
DAVIDSON, PATRICK LANGFORD,
JON R. OLLIFF, D.D.S., JAMES
OQUINN, BERNARD RASMUSSEN
and DANIEL ROSBOUGH,

    Defendants.
_____/

## ORDER

This matter comes before the Court on review of the file. On December 29, 2011, this Court stayed this action as to Defendant Stephen L. Price pending resolution of bankruptcy proceedings and directing that a status report be filed every six months, beginning November 1, 2012. (Doc. #18). Since that time, Defendant Price filed one status report on November 1, 2012 (Doc. #45). Even though the next status report was due from Defendant Price on May 1, 2013, he failed to file the report. Therefore, the Court will direct Defendant Price to file a status report informing the Court as to the status of the bankruptcy, including whether the stay should be lifted.

Accordingly, it is now

**ORDERED:**

Defendant Price is directed to file a status report on or before **June 7, 2013**.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record