## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for Florida Community Bank, | CIVIL ACTION FILE<br><br>NO. 2:12-CV-148-FtM-99DNF |
| Plaintiff, | |
| v. | |
| **STEPHEN L. PRICE, BEAUFORD DAVIDSON, PATRICK LANGFORD, JON R. OLLIFF, D.D.S., JAMES O'QUINN, BERNARD RASMUSSEN, and DANIEL ROSBOUGH,** | |
| Defendants, | |
| _____/ | |

### JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Federal Deposit Insurance Corporation as Receiver for Florida Community Bank ("***FDIC-R***") and Defendants Beauford Davidson, Patrick Langford, Jon R. Olliff, D.D.S., James O'Quinn, Bernard Rasmussen, and Daniel Rosbough ("***Defendants***"), pursuant to this Court's Order dated September 17, 2013 [D.E. 84], directing the parties to inform if the settlement agreement was consummated, respectfully inform that the referenced Settlement Agreement has been consummated.

Therefore, Plaintiff files this notice of voluntary dismissal with prejudice of the above styled case against all defendants, including Stephen L. Price, Beauford Davidson, Patrick Langford, Jon R. Olliff, D.D.S., James O'Quinn, Bernard Rasmussen, and Daniel Rosbough. Plaintiff and Defendants have agreed that each party is to bear its own fees and costs.

Respectfully submitted this 15th day of January 2014.

*[Signature Page Follows]*

| | |
|---|---|
| LYDECKER \| DIAZ<br>*Attorneys for Plaintiff*<br>1221 Brickell Avenue, 19th Floor<br>Miami, Florida 33131<br>Telephone: (305) 416-3180<br>Facsimile: (305) 416-3190<br><br>By:    /s/ Carla M. Barrow<br>         Carla M. Barrow<br>         Florida Bar No. 797227<br>         *Email:* cmb@lydeckerlaw.com<br>         Carlos de Zayas, Esq.<br>         Florida Bar No. 198617<br>         *Email*: cdz@lydeckerdiaz.com<br>         Elias Correa, Esq.<br>         Florida Bar No. 879371<br>         Email: ecorrea@lydeckerdiaz.com | ALSTON & BIRD, LLP<br>*Attorneys for Defendants*<br>1201 W. Peachtree Street<br>One Atlantic Center<br>Atlanta, Georgia 30309<br>Telephone Number: (404) 881-7276<br>Facsimile Number: (404) 881-7777<br><br>By:    /s/ Mary C. Gill<br>         Mary C. Gill, Esq. admitted *pro hac vice*<br>         Georgia Bar No. 294776<br>         E-mail:   Mary.Gill@alston.com<br>         Austin M. Hall, Esq. admitted *pro hac vice*<br>         Georgia Bar No. 310751<br>          E-mail:  Austin.Hall@alston.com |

COHEN & GRIGSBY, P.C.
*Co-Attorneys for Defendants*
9110 Strada Place
Mercato-Suite 6200
Naples, Florida 34108
Telephone Number: (239) 390-1913
Facsimile Number: (239) 390-1901

By:    /s/ Kelley Geraghty Price
         Kelley Geraghty Price
          Florida Bar No. 889539
          E-mail:  kprice@cohenlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15th, 2014, I electronically filed the foregoing using the CM/ECF electronic filing system, which sent notice to the individuals listed on the below Service List.

                                                                            /s/ Carla M. Barrow
                                                                            CARLA M. BARROW

2CV1240

**Service List**

| | |
|---|---|
| Kelley Geraghty Price, Esq. | Mary C. Gill, Esq. admitted *pro hac vice* |
| Florida Bar No. 889539 | Georgia Bar No. 294776 |
| E-mail address:  *kprice@cohenlaw.com* | E-mail address:  *Mary.Gill@alston.com* |
| COHEN & GRIGSBY, P.C. | Austin M. Hall, Esq. admitted *pro hac vice* |
| 9110 Strada Place | Georgia Bar No. 310751 |
| Mercato-Suite 6200 | E-mail address:  *Austin.Hall@alston.com* |
| Naples, Florida 34108 | ALSTON & BIRD, LLP |
| Telephone Number: (239) 390-1913 | 1201 W. Peachtree Street |
| Facsimile Number: (239) 390-1901 | One Atlantic Center |
| *Co-Attorneys for Defendants* | Atlanta, Georgia 30309 |
| | Telephone Number: (404) 881-7276 |
| | Facsimile Number: (404) 881-7777 |
| | *Attorneys for Defendants* |