UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Florida Community Bank

    Plaintiff,

v.   Case No: 2:12-cv-148-FtM-38DNF

STEPHEN L. PRICE, BEAUFORD DAVIDSON, PATRICK LANGFORD, JON R. OLLIFF, D.D.S., JAMES O'QUINN, BERNARD RASMUSSEN, and DANIEL ROSBOUGH,

    Defendants.
_____/

### ORDER

This matter comes before the Court on Joint Notice of Voluntary Dismissal With Prejudice (Doc. #85) filed on January 15, 2014. Fed. R. Civ. P. 41(a)(1)(A) provides that an action may be dismissed by the plaintiff without order of the court by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Here, all parties to this litigation who have appeared have signed and consented to the stipulation.

Accordingly, it is now

**ORDERED:**

(1) This matter is hereby **DISMISSED with prejudice** pursuant to the Joint Notice of Voluntary Dismissal With Prejudice (Doc. #85), with each party to bear its own fees and costs.

(2) The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of January, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record